IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:96-CR-00132-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHNNY RAY ADAMS, | ) | |
| Defendant | ) | |

The Government's is DIRECTED to file a response to the defendant's Amended Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c) [DE-67], within **twenty-one (21)** days of the date hereof.

SO ORDERED.

This, the 27th day of June, 2012.

_____
JAMES C. FOX
Senior United States District Judge